Sallie B. Armstrong, Esq. (NSBN 1243)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
sarmstrong@mcdonaldcarano.com

*Attorneys for Defendants Country Lakes Transport Inc.,
Janet Wilfahrt, and Mike Feist*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NFR BEEF LLC, a Nevada limited liability company; and DANIEL L. MCDOUGALL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRY LAKES TRANSPORT INC., a Minnesota corporation; JANET WILFAHRT, an individual; MIKE FEIST, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:21-cv-165<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between NFR Beef, LLC, a Nevada limited liability company and Daniel L. McDougall, an individual ("Plaintiffs"), and Country Lakes Transport, Inc., a Minnesota corporation, Janet Wilfahrt, and Mike Feist ("Defendants"), collectively the "Parties," by and through their undersigned counsel of record, that the above-entitled action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii).

\\\
\\\
\\\
\\\
\\\
\\\

IT IS HEREBY FURTHER STIPULATED that the Parties shall each bear their own attorneys' fees, costs, and expenses.

DATED this 26th day of July, 2021.

McDONALD CARANO LLP

By: *(signature)*
Sallie B. Armstrong, Esq. (NSBN 1243)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
(775)788-2000
sarmstrong@mcdonaldcarano.com

DATED this 23 day of July, 2021.

SULLIVAN LAW,
a Professional Corporation

By: *(signature)*
Merrill A. Hanson (NSBN 15052)
Sullivan Law, a Professional Corporation
1625 State Route 88, Suite 401
Minden, NV 89423
(775)782-6915
merrill@mindenlaw.com

**ORDER**

IT IS SO ORDERED.

*(signature)*
UNITED STATES ~~MAGISTRATE~~ JUDGE

Date: July 26, 2021